■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MURRAY MECKLER, Respondent, v NEW YORK STATE DIVISION OF PAROLE et al., Appellants. — Appeal from judgment and order (one paper), Supreme Court, Bronx County (Hecht, J.), entered on February 26, 1982, unanimously dismissed, without costs and without disbursements, as moot. No opinion. Concur — Sandler, J. P., Sullivan, Ross, Carro and Milonas, JJ.